# APPENDIX A

- "Buy America requirements apply to any steel or iron component of a manufactured product regardless of the overall composition of the manufactured product." FHWA's Buy America Q & A for Fed.-aid Program, http://www.fhwa.dot.gov/construction/contracts/buyam_qa.cfm (last visited Dec. 22, 2015).

- "[A]ll steel and iron materials are covered by Buy America regardless of the percentage they comprise in a manufactured product or form they take." Buy America: Application to Fed.-aid Highway Construction Projects, July 9, 2002, www.fhwa.dot.gov/programadmin/contracts/buyamgen.htm (last visited Dec. 22, 2015).

- "Your contractor should identify steel or iron components of any pre-assembled, manufactured product. When this is the case, the company who completed the assembly should provide the appropriate certification statement of conformance with the Buy America regulation." Project Construction and Contract Administration, Contract Administration: Buy America Field Compliance, August 2012, http://www.fhwa.dot.gov/federal-aidessentials/companionresources/28buyamerica.pdf (last visited Dec. 22, 2015).

- "The Buy America provisions require that iron and steel components in pre-assembled manufactured products must also conform to the regulation." Project Development, Contract Specifications: Buy America Contract Requirements, August 2012, https://www.fhwa.dot.gov/federal-aidessentials/companionresources/27buyamerica.pdf (last visited Dec. 22, 2015).